UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CARRIE M. HALL,<br><br>    Plaintiff,<br><br>  v.<br><br>MEGAN HERDNER, *et al.*,<br><br>    Defendants. | Case No. C08-5013 RJB/KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendants' motion to dismiss (Dkt. # 17) is **GRANTED**;

(3) Plaintiffs' Complaint (Dkt. # 5) is **Dismissed with Prejudice**; and

(4) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

DATED this 29th day of August, 2008.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

ORDER - 1