# United States District Court

WESTERN DISTRICT OF WASHINGTON

CARRIE M. HALL

JUDGMENT IN A CIVIL CASE

v.

MEGAN HERDNER, et al.,

CASE NUMBER: C08-5013RJB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Report and Recommendation [Dkt. 18] is **ADOPTED**. Plaintiff did not exhaust her administrative remedies. Plaintiff refused to be interviewed and the grievance was administratively withdrawn.

2. This case is **DISMISSED WITHOUT PREJUDICE.**


February 11, 2009　　　　　　　　　　　BRUCE RIFKIN
　　　　　　　　　　　　　　　　　　　　　　Clerk


　　　　　　　　　　　　　　　　　_____Jennie L. Patton_____
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk